1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
2  *Attorneys at Law*
   2267 Lava Ridge Court, Suite 210
3  Roseville, CA  95661
   Phone:  916.780.8222
4  Fax:     916.780.8775

5  Attorneys for Defendants
   Wachovia Mortgage, FSB, formally known as
6  Word Savings Bank, FSB, erroneously named as
   Wachovia Mortgage and World Savings Bank,
7  Comstock Mortgage, David Mendoza, and Adrian Del Rio

8  MICHAEL J.M. BROOK, ESQ. (SBN 139595)
   **LANAHAN & REILLEY**
9  600 Bicentennial Drive, Suite 300
   Santa Rosa, CA 95403
10 Phone: (707) 524-4200
   Fax:  (707) 553-4610

11 Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LOPEZ AND CARMEN LOPEZ, | Case No. 2:09-CV-01510-JAM-DAD |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| WACHOVIA MORTGAGE, WORLD SAVINGS BANK, COMSTOCK MORTGAGE, DAVID MENDOZA, ADRIAN DEL RIO, and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs Steve Lopez and Carmen Lopez, by and through their counsel of record, Michael J.M. Brook of Lanahan & Reilley, and defendants Wachovia Mortgage, FSB, formally known as Word Savings Bank, FSB, erroneously named as Wachovia Mortgage and World Savings Bank, Comstock Mortgage, David Mendoza, and Adrian Del Rio, by and through their counsel of record,

///

PDF created with pdfFactory trial version www.pdffactory.com

Glenn W. Peterson of Millstone Peterson & Watts, LLP, HEREBY STIPULATE AND AGREE THAT:

Defendants Wachovia Mortgage, FSB, formally known as Word Savings Bank, FSB, erroneously named as Wachovia Mortgage and World Savings Bank, Comstock Mortgage, David Mendoza, and Adrian Del Rio shall have additional time, up to and including July 21, 2009, within which to respond to the Complaint on file herein. The purpose of the stipulated extension of time is Defendants retention of counsel.

**IT IS SO STIPULATED:**

DATED: July 7, 2009        **MILLSTONE PETERSON & WATTS, LLP**
                           *ATTORNEYS AT LAW*

                           By:      /s/ GLENN W. PETERSON
                                    GLENN W. PETERSON

                           Attorneys for Defendants
                           Wachovia Mortgage, FSB, formally known as
                           Word Savings Bank, FSB, erroneously named as
                           Wachovia Mortgage and World Savings Bank,
                           Comstock Mortgage, David Mendoza, and Adrian
                           Del Rio

DATED: July 7, 2009        **LANAHAN & REILLEY**

                           By:      /s/ MICHAEL J.M. BROOK
                                 (AS AUTHORIZED ON JULY 7, 2009)
                                    MICHAEL J.M. BROOK

                           Attorneys for Plaintiffs

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME FOR DEFS. TO ANSWER COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Upon review of the above stipulation, IT IS ORDERED that Defendants, Wachovia Mortgage, FSB, formally known as Word Savings Bank, FSB, erroneously named as Wachovia Mortgage and World Savings Bank, Comstock Mortgage, David Mendoza, and Adrian Del Rio shall have additional time up to and including July 21, 2009, within which to respond to the Complaint on file herein.

DATE:  July 9, 2009                                          /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
JUDGE OF THE U.S. DISTRICT COURT

3

STIPULATION & [PROPOSED] ORDER TO EXTEND TIME FOR DEFS. TO ANSWER COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com