GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:  916.780.8222
Fax:     916.780.8775

Attorneys for Defendants
Comstock Mortgage, David Mendoza, and Adrian Del Rio

MICHAEL J.M. BROOK, ESQ. (SBN 139595)
**LANAHAN & REILLEY**
600 Bicentennial Drive, Suite 300
Santa Rosa, CA 95403
Phone: (707) 524-4200
Fax:  (707) 553-4610

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LOPEZ AND CARMEN LOPEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE, WORLD SAVINGS BANK, COMSTOCK MORTGAGE, DAVID MENDOZA, ADRIAN DEL RIO, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:09-CV-01510-JAM-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COMSTOCK MORTGAGE, DAVID MENDOZA, AND ADRIAN DEL RIO TO RESPOND TO THIRD AMENDED COMPLAINT**<br>**(L.R. 6-144)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:

Plaintiffs Steve Lopez and Carmen Lopez, by and through their counsel of record, Michael J.M. Brook of Lanahan & Reilley, and defendants Comstock Mortgage, David Mendoza, and Adrian Del Rio ("Defendants"), by and through their counsel of record, Glenn W. Peterson of Millstone Peterson & Watts, LLP, have stipulated pursuant to Local Rule 6-144 to extend the date for Defendants to respond to Plaintiffs' Third Amended Complaint to and including January 21, 2010, a date which is not more than 30-days from the date a response would have been due.

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED:**

DATED:  December 29, 2009            **MILLSTONE PETERSON & WATTS, LLP**
                                     *ATTORNEYS AT LAW*


                                     By:      /s/ GLENN W. PETERSON
                                              GLENN W. PETERSON

                                     Attorneys for Defendants
                                     Comstock Mortgage, David Mendoza, and Adrian
                                     Del Rio


DATED: December 29, 2009             **LANAHAN & REILLEY**


                                     By:      /s/ MICHAEL J.M. BROOK
                                          **(AS AUTHORIZED ON DECEMBER 29, 2009)**
                                              MICHAEL J.M. BROOK

                                     Attorneys for Plaintiffs

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson


### ORDER

   Upon review of the above stipulation, IT IS ORDERED that Defendants Comstock Mortgage, David Mendoza, and Adrian Del Rio shall have additional time up to and including January 21, 2010, within which to respond to the Third Amended Complaint on file herein.

DATE: December 30, 2009              /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     JUDGE OF THE U.S. DISTRICT COURT

STIPULATION & ORDER TO EXTEND TIME FOR DEFS. TO ANSWER THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com