UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| STEVE LOPEZ AND CARMEN LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, WORLD SAVINGS BANK, COMSTOCK MORTGAGE, DAVID MENDOZA, ADRIAN DEL RIO, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-CV-01510-JAM-DAD<br><br>[Assigned to the Hon. John A. Mendez, Ctrm. 6, for all purposes]<br><br>STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING OF CERTAIN DEADLINES SET BY THE COURT'S OCTOBER 5, 2009 SCHEDULING ORDER |

TO THE HONORABLE DISTRICT COURT:

<u>RECITALS</u>

A. Plaintiffs Steve Lopez and Carmen Lopez through their counsel, Michael J.M. Brook of Lanahan & Reilley, LLP, defendant Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and sued here as "Wachovia Mortgage and World Savings Bank" ("Wachovia"), through its counsel, Jeremy E. Shulman of Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, and defendants Comstock Mortgage, David Mendoza and Adrian Del Rio, through their counsel, Glenn W. Peterson of Millstone, Peterson & Watts, LLP, hereby

PDF created with pdfFactory trial version www.pdffactory.com

submit this joint request for an order extending the deadlines set in the October 5, 2009 Scheduling Order.

B. On October 5, 2009, this Court entered a Scheduling Order setting various discovery and litigation deadlines with a trial date for November 15, 2010.

C. On January 21, 2010, Wachovia filed a motion to dismiss and a motion to strike regarding plaintiff's third amended complaint with a hearing date of March 17, 2010. Those motions were taken under submission by the Court on March 12, 2010.

D. Due to the uncertainty of the pleadings and Wachovia's pending motions to dismiss and strike, the parties hereby request an extension of various Scheduling Order deadlines and a continuance of the trial date.

## **STIPULATION**

It is therefore STIPULATED:

1. That all parties consent to a Court Order rescheduling the following deadlines and the trial date set forth in the Court's October 5, 2010 Scheduling Order:

| EVENTS | PROPOSED NEW DATES |
|---|---|
| • Expert Witness Disclosure | June 11, 2010 |
| • Supplemental disclosure | June 18, 2010 |
| • Discovery cutoff | August 6, 2010 |
| • Dispositive motion filing | September 8, 2010 |
| • Dispositive motion hearing | October 6, 2010 |
| • Joint pretrial statement due | November 5, 2010 |

PDF created with pdfFactory trial version www.pdffactory.com

| EVENTS | PROPOSED NEW DATES |
|---|---|
| • Final pretrial conference | November 12, 2010 at 3:00 p.m. |
| • Jury trial | January 10, 2011 at 9:00 a.m. |

 

LANAHAN & REILLEY, LLP

Dated: May 3, 2010       By:   /s/Michael J.M. Brook
                                       Michael J.M. Brook
                                       *rnbrook@lanahan.com*
Attorneys for Plaintiffs,
Steve Lopez and Carmen Lopez

Dated: May 3, 2010       ANGLIN, FLEWELLING, RASMUSSEN,
                                        CAMPBELL & TRYTTEN LLP

                                    By:   /s/Jeremy E. Shulman
                                           Jeremy E. Shulman
                                           *jshulman@afrct.com*
Attorneys for Defendant,
Wachovia Mortgage, FSB, formerly known as
World Savings Bank, FSB, and sued here as
"Wachovia Mortgage and World Savings Bank"

Dated: May 3, 2010       MILLSTONE, PETERSON & WATTS, LLP

                                    By:      /s/Glenn W. Peterson
                                           Glenn W. Peterson
                                           *gpeterson@mpwlaw.net*
Attorneys for Defendants,
Comstock Mortgage, David Mendoza and Adrian
Del Rio

## ORDER ON STIPULATION

Having read and filed the foregoing Stipulation, and good cause appearing:

IT IS ORDERED:

1. That the deadlines originally set by the Court's October 5, 2010 Scheduling Order are continued to the dates stipulated to by the parties and the trial is continued to January 10, 2011 at 9:00 a.m.

Dated: May 4, 2010       /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com