UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| STEVE LOPEZ AND CARMEN LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, WORLD SAVINGS BANK, COMSTOCK MORTGAGE, DAVID MENDOZA, ADRIAN DEL RIO, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-CV-01510-JAM-DAD<br><br>[Assigned to the Hon. John A. Mendez, Ctrm. 6, for all purposes]<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF FOR THE TAKING OF PLAINTIFFS' DEPOSITIONS** |

TO THE HONORABLE DISTRICT COURT:

## RECITALS

A.  Plaintiffs Steve Lopez and Carmen Lopez through their counsel, Michael J.M. Brook of Lanahan & Reilley, LLP, defendant Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and sued here as "Wachovia Mortgage and World Savings Bank" ("Wachovia"), through its counsel, Jeremy E. Shulman of Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, and defendants Comstock Mortgage, David Mendoza and Adrian Del Rio, through their counsel, Glenn W. Peterson of Millstone, Peterson & Watts, LLP, hereby

PDF created with pdfFactory trial version www.pdffactory.com

1  submit this joint request for an order extending the discovery cutoff solely for the purpose of
2  conducting plaintiffs' depositions on August 25 and 26, 2010.
3       B.   Pursuant to the Court's order of May 4, 2010, the current discovery cutoff is
4  August 6, 2010.
5       C.   Defendants have noticed the depositions of both plaintiffs' for consecutive days on
6  August 5, 2010 and August 6, 2010.
7       D.   Due to the unavailability of plaintiffs' counsel on August 5 and 6, the parties have
8  agreed to conduct the depositions of plaintiffs on August 25 and 26, 2010.
9       E.   Accordingly, the parties respectfully request an order extending the discovery
10 cutoff to allow for plaintiffs' depositions to be taken on the agreed upon dates of August 25 and
11 26, 2010.

## STIPULATION

13  It is therefore STIPULATED:
14  1.   That all parties consent to a Court Order resetting the discovery cutoff to a date
15  after August 26, 2010.

LANAHAN & REILLEY, LLP

Dated: August 4, 2010          By:   /s/Michael J.M. Brook
                               Michael J.M. Brook
                               *rnbrook@lanahan.com*
                               Attorneys for Plaintiffs,
                               Steve Lopez and Carmen Lopez

Dated: August 4, 2010          ANGLIN, FLEWELLING, RASMUSSEN,
                                 CAMPBELL & TRYTTEN LLP

                               By:   /s/Jeremy E. Shulman
                                 Jeremy E. Shulman
                                 *jshulman@afrct.com*
                               Attorneys for Defendant,
                               Wachovia Mortgage, FSB, formerly known as
                               World Savings Bank, FSB, and sued here as
                               "Wachovia Mortgage and World Savings Bank"

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| Dated:  August 4, 2010 | MILLSTONE, PETERSON & WATTS, LLP |

By:___ /s/Glenn W. Peterson
   Glenn W. Peterson
   *gpeterson@mpwlaw.net*
Attorneys for Defendants,
Comstock Mortgage, David Mendoza and Adrian Del Rio

### ORDER ON STIPULATION

Having read and filed the foregoing Stipulation, and good cause appearing:

IT IS ORDERED:

1.  That present discovery cutoff is extended to September 3, 2010 to allow defendants to take the depositions of plaintiffs Steve Lopez and Carmen Lopez on August 25 and 26, 2010.

Dated:  August 5, 2010     /s/ John A. Mendez
              HON. JOHN A. MENDEZ
              UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below I served a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF FOR THE TAKING OF PLAINTIFFS' DEPOSITIONS**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

| *Attorney for Plaintiffs* | *Attorney for Defendants Comstock Mortgage, David Mendoza and Adrian Del Rio* |
|---|---|
| Michael J.M. Brook, Esq.<br>LANAHAN & REILLEY, LLP<br>600 Bicentenial Drive, Suite 300<br>Santa Rosa, CA 95403<br>Email: mbrook@lanahan.com<br>Tel: (707) 524-4200<br>Fax: (707) 523-4610 | Glenn W. Peterson, Esq.<br>MILLSTONE PETERSON & WATTS, LLP<br>2267 Lava Ridge Court, Suite 210<br>Roseville, California 95661<br>Email: gpeterson@mpwlaw.net<br>Tel: (916) 780-8222<br>Fax: (916) 780-8775 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **August 5, 2010.**

  Wendy Mutum
(Type or Print Name)                                                            (Signature of Declarant)