1  Jeremy E. Shulman (#257582)
     jshulman@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
4  Pasadena, California  91101-2459
   Tel: (626) 535-1900
5  Fax: (626) 577-7764

6  Attorneys for Defendant,
7  WACHOVIA MORTGAGE, FSB, formerly
   known as WORLD SAVINGS BANK, FSB,
8  erroneously named as Wachovia Mortgage
    and World Savings Bank ("Wachovia")
9
    Michael J.M. Brook (#139595)
10   mbrook@lanahan.com
    LANAHAN & REILLEY, LLP
11  600 Bicentennial Way, Suite 300
12  Santa Rosa, CA 95403
    Tel: (707) 524-4200
13  Fax: (707) 523-4610

14  Attorney for Plaintiffs,
    STEVE LOPEZ and CARMEN LOPEZ
15

16                    UNITED STATES DISTRICT COURT

17                 EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

18

| 19 | STEVE LOPEZ and CARMEN LOPEZ, | ) Case No. 2:09-CV-01510-JAM-DAD |
|---|---|---|
| 20 | Plaintiffs, | ) [Assigned to the Hon. John A. Mendez, Ctrm. |
| 21 | vs. | ) 6, for all purposes] |
| 22 | WACHOVIA MORTGAGE; WORLD | ) **STIPULATION TO DISMISS ACTION** |
| 23 | SAVINGS BANK; COMSTOCK MORTGAGE; DAVID MENDOZA; | ) **WITH PREJUDICE AS TO** ) **DEFENDANT WACHOVIA PURSUANT** |
| 24 | ADRIAN DEL RIO and DOES 1-20 inclusive, | ) **TO FRCP 41(a)(2)** |
| 25 | Defendants. | ) |
| 26 | | |

27       Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiffs Steve Lopez and Carmen

28  Lopez and defendant Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, by

C:\Documents and Settings\HVine\Desktop\09cv1510.o.9810.doc       1       2:09-CV-01510-JAM-DAD
STIPULATION TO DISMISS ACTION WITH
PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)

PDF created with pdfFactory trial version www.pdffactory.com

their counsel of record ("Wachovia"), stipulate to dismiss the above-captioned action with prejudice as to defendant Wachovia only.  Plaintiffs Steve Lopez and Carmen Lopez and Defendant Wachovia will each bear their own costs and attorneys' fees.  The parties consent to entry of judgment in accordance with the terms of this stipulation.

IT IS SO STIPULATED.

LANAHAN & REILLEY, LLP

Dated: September 3, 2010      By:   /s/Michael J.M. Brook
                                     Michael J.M. Brook
                                     *rnbrook@lanahan.com*
                                     Attorneys for Plaintiffs,
                                     Steve Lopez and Carmen Lopez

Dated: September 3, 2010      ANGLIN, FLEWELLING, RASMUSSEN,
                              CAMPBELL & TRYTTEN LLP

                              By:   /s/Jeremy E. Shulman
                                    Jeremy E. Shulman
                                    *jshulman@afrct.com*
                                    Attorneys for Defendant,
                                    Wachovia Mortgage, FSB, formerly known as World
                                    Savings Bank, FSB, and sued here as "Wachovia
                                    Mortgage and World Savings Bank"

ATTESTATION

I, Jeremy E. Shulman, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 3, 2010, at Pasadena, California.

          /s/Jeremy E. Shulman

**ORDER ON STIPULATION**

Having read and filed the foregoing Stipulation, and good cause appearing:

IT IS ORDERED:

1.   Defendant Wachovia is dismissed from this action, without prejudice; and
2.   Plaintiffs Steve Lopez and Carmen Lopez and Defendant Wachovia will each bear their own costs and fees.

Dated: September 8, 2010      /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\HVine\Desktop\09cv1510.o.9810.doc    2    2:09-CV-01510-JAM-DAD
STIPULATION TO DISMISS ACTION WITH
PREJUDICE PURSUANT TO FRCP 41(a)(1)(ii)

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the city of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below I served a copy of the following document(s):

**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT WACHOVIA PURSUANT TO FRCP 41(a)(2)**

on all interested parties in said case as follows:

**Served Electronically via Court's CM/ECF System:**

| *Attorney for Plaintiffs* | *Attorney for Defendants Comstock Mortgage, David Mendoza and Adrian Del Rio* |
|---|---|
| Michael J.M. Brook, Esq.<br>LANAHAN & REILLEY, LLP<br>600 Bicentenial Drive, Suite 300<br>Santa Rosa, CA 95403<br>Email: mbrook@lanahan.com<br>Tel: (707) 524-4200<br>Fax: (707) 523-4610 | Glenn W. Peterson, Esq.<br>MILLSTONE PETERSON & WATTS, LLP<br>2267 Lava Ridge Court, Suite 210<br>Roseville, California 95661<br>Email: gpeterson@mpwlaw.net<br>Tel: (916) 780-8222<br>Fax: (916) 780-8775 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **September 3, 2010.**

\_\_Wendy Mutum_____

(Type or Print Name)                              (Signature of Declarant)

PDF created with pdfFactory trial version www.pdffactory.com