GLENN W. PETERSON, ESQ. (SBN 126173)
STEPHEN R. HAMILTON, ESQ. (SBN 243787)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone: 916.780.8222
Fax:    916.780.8775

Attorneys for Defendants
Comstock Mortgage, David Mendoza,
and Adrian Del Rio

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LOPEZ AND CARMEN LOPEZ,<br><br>              Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE, WORLD SAVINGS BANK, COMSTOCK MORTGAGE, DAVID MENDOZA, ADRIAN DEL RIO, and DOES 1 through 20, inclusive,<br><br>              Defendants. | No. 2:09-CV-01510-JAM-KJN<br><br>**ORDER GRANTING DEFENDANTS COMSTOCK MORTGAGE'S, DAVID MENDOZA'S, AND ADRIAN DEL RIO'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION**<br><br>Date: October 6, 2010<br>Time: 9:30 a.m.<br>Courtroom: 6<br><br>Trial Date: January 10, 2011<br>Honorable John A. Mendez |

This matter came before the Court on Defendants Comstock Mortgage ("Comstock"), David Mendoza ("Mendoza"), and Adrian Del Rio ("Del Rio") (collectively, "Defendants") motion for summary judgment, or in the alternative, summary adjudication of the Third Amended Complaint. On October 6, 2010, the Court heard oral argument on Defendants' Motion.  Having reviewed the motion, supporting and opposing memoranda and supporting declarations and exhibits submitted by the parties, and the oral argument of counsel, the Court finds and concludes as follows:

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED in its entirety on the grounds that Plaintiffs have failed to introduce admissible evidence which sets forth any specific facts showing that there is a genuine issue for trial as to any of Plaintiffs' six claims for relief.  Plaintiffs' claims, and each of them, against Defendants Comstock, Mendoza and Del Rio are dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: October 21, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

DATED:  October 14, 2010         **MILLSTONE PETERSON & WATTS, LLP**
                                 *ATTORNEYS AT LAW*


                                 By:       /s/ STEPHEN R. HAMILTON
                                              STEPHEN R. HAMILTON

                                 Attorneys for Defendants
                                 Comstock Mortgage, David Mendoza, and Adrian Del Rio

**APPROVED AS TO FORM AND CONTENT:**

DATED:  October 20, 2010         **LANAHAN & REILLEY LLP**
                                 *ATTORNEYS AT LAW*


                                 By:       /s/ MICHAEL J.M. BROOK
                                         **(AS AUTHORIZED ON 10/20/10)**
                                              MICHAEL J.M. BROOK

                                 Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com